June 08, 2007

Honorable Deborah G. Hankinson
Law Offices of Deborah Hankinson PC
2305 Cedar Springs, Suite 230
Dallas, TX 75201
Ms. Misty Ann Farris
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219-4281

RE: Case Number: 05-0189
 Court of Appeals Number: 13-03-00058-CV
 Trial Court Number: 98-4954-G

Style: BORG-WARNER CORPORATION, NOW KNOWN AS BURNS INTERNATIONAL
 SERVICES CORPORATION
 v.
 ARTURO FLORES

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause. (Justice O'Neill not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Cathy Wilborn |
| |Ms. Patsy Perez |
| |Mr. Joe R. Greenhill |
| |Mr. David A. Oliver |
| |Jr. |
| |Mr. Reagan W. Simpson|
| | |
| |Ms. Sandra Thourot |
| |Krider |
| |Mr. David A. |
| |Chaumette |